# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**TUSHAR S. ACHHA,**
               **Petitioner,**

     **v.**                                 **Case No. 11-C-1065**

**MICHAEL DITTMAN, Warden,**
**Redgranite Correctional Institution,**
               **Respondent.**

---

## ORDER

This order is in response to respondent's inquiry about the status of this case. I included a briefing schedule in my Rule 4 order, and under the schedule petitioner's brief was due on March 16, 2012. However, in a letter dated February 6, 2012, petitioner stated that he did not "wish to file any formal reply brief." I understood this as a waiver of petitioner's right to file an additional brief in support of his petition. (Petitioner had filed a brief in support of the petition at the same time that he filed the petition. However, I usually allow habeas petitioners to file an additional brief in support of their petition after they receive the respondent's answer.)

Since plaintiff has filed a brief and is content to rest on that filing, and since respondent has set out his legal position in his answer, I do not need any additional briefs. However, should respondent wish to file a brief, he should do so within thirty days of the date of this order. Petitioner will then have fifteen days to file a reply brief, should he choose to file one.

**SO ORDERED** at Milwaukee, Wisconsin, this 10th day of April 2012.

s/_____
LYNN ADELMAN
District Judge

2